UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
DANIEL H. RICHARDS, :
:
Plaintiff, :
: 23-CV-5723 (JMF)
-v- :
: ORDER
:
NATIONAL DATA AND SURVEYING SERVICES, :
INC., :
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court's August 23, 2023 Order stated that "Defendant shall file a letter on ECF providing the name and citizenship of the John Doe Defendant no later than September 5, 2023." *See* ECF No. 20. That date has come and gone, and no letter from Defendant has been filed. As a courtesy, that deadline is extended, *nunc pro tunc* to **September 8, 2023**, at **10:00 a.m.** Failure to comply with that deadline may result in sanctions.

      SO ORDERED.

Dated: September 7, 2023
       New York, New York

                                                      JESSE M. FURMAN
                                         United States District Judge